

validity as to all others. Nor do we know of any principle of law which gives to the infringer of a patent any right to question an assignor's title merely because there has been no record of the assignment. The only possible interest of such an infringer which deserves protection is the avoidance of the danger of being sued more than once for the same unlawful act. It is, however, clear that a patentee who has assigned, as did this patentee, cannot maintain a suit for infringement; and there could be no such danger from any other quarter. Sec. 44 of Title 35 U.S.C.A. does, indeed, provide that a patent may be issued and re-issued to the assignee of the inventor "but the assignment must first be entered of record in the Patent Office". Both by its language and the construction put upon it by Rule 188 of the Rules of Practice of the Patent Office, this statute but limits the assignee's right to have the patent granted directly to him. Unless the assignment is recorded the patent will be issued in the name of the inventor though that would not, of course, make the assignment itself any the less binding upon the parties to it. To the extent that recording of the assignment was held in Heywood-Wakefield v. Small, supra, to be an absolute prerequisite to the passage of title to the assignee, we regret that we find ourselves in disagreement.

Reversed, with directions to enter a decree for the plaintiff.

Otto Wolff, Jr., of Philadelphia, Pa., for petitioner.

Mortimer B. Wolf, of Washington, D. C., for respondent.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

It is ordered that the petition of Wilson Line, Inc., praying, inter alia, that the court review and set aside the order of the National Labor Relations Board dated June 10, 1940, be and the same hereby is dismissed for want of jurisdiction.

## UNITED STATES v. VAN RIPER.
### No. 304.

Circuit Court of Appeals, Second Circuit.
July 25, 1940.

## WILSON LINE, Inc., v. NATIONAL LABOR RELATIONS BOARD.
### No. 7486.

Circuit Court of Appeals, Third Circuit.

July 16, 1940.